# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHN ROBERT DEMOS,
Reg. #287455; SOCIETY OF TRUTH                                            PLAINTIFFS

v.                               Case No. 4:16-cv-00777-KGB

MARATHON OIL CORP., *et al.*                                              DEFENDANTS

## JUDGMENT

In this Court's Order from April 28, 2017, the Court dismissed without prejudice this case (Dkt. No. 3). In that Order, the Court also informed plaintiff John Robert Demos that, to continue with this case, he must submit the statutory filing fee of $400.00 to the Clerk of the Court, noting the above case style and number within 30 days of the date of this Order, together with a motion to reopen the case (*Id.*, at 2). Mr. Demos has failed to submit the statutory filing fee and motion to reopen the case, and 30 days have passed since this Court's prior Order was entered.

Pursuant to the Order filed on April 28, 2017, it is considered, ordered, and adjudged that Mr. Demos's complaint is dismissed without prejudice.[1] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this the 18th day of December, 2018.

_____
Kristine G. Baker
United States District Judge

---

[1] Mr. Demos is proceeding *pro se*, and only Mr. Demos signed the complaint in this case. He signed in his capacity as "Chairman of the Society of TRUTH." (Dkt. No. 2, at 5). No representative from the Society of TRUTH, including but not limited to Mr. Demos, complied with the Court's Order from April 28, 2017, or evidenced an intent to proceed with this case. As a result, the Court enters judgment dismissing without prejudice this case.